

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, March 4, 2015

No. 04-15-00017-CR

The **STATE** of Texas,
Appellant

v.

Joseph **LOSOYA**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 29941
Lynn Ellison, Judge Presiding

## O R D E R

After the trial court granted appellee's motion to suppress, the State timely filed a written request for finding of fact and conclusions of law. The court of criminal appeals held in *State v. Cullen* that "upon request of the losing party on a motion to suppress evidence, the trial court shall state its essential findings. By 'essential findings' we mean that the trial court must make findings of fact and conclusions of law adequate to provide an appellate court with a basis upon which to the review the trial court's application of the law to the facts." 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). We have reviewed the clerk's record and the reporter's record to determine if the trial court made the requested findings and conclusions. *See id.* (holding findings and conclusions need to be recorded in some way, whether written and filed by the trial court, or stated on record at suppression hearing). We find that no findings of fact or conclusions of law relative to the motion to suppress appear in the clerk's record or the reporter's record.

Accordingly, we **ORDER** this matter abated and remanded to the trial court for preparation of findings of fact and conclusions of law in accordance with *Cullen*. *See Oages v. State*, 210 S.W.3d 643, 644 (Tex. Crim. App. 2006) (where State timely requested findings of fact and conclusions of law but trial court failed to prepare them, court sua sponte vacated court of appeals judgment and remanded matter to court of appeals for further proceedings consistent with *Cullen*). We **ORDER** the trial court to make the findings of fact and conclusions of law and record them either in writing or orally at a hearing in open court with all counsel present. The trial court shall make its findings and conclusions on or before **April 3, 2015**. After the trial court makes written findings of fact and conclusions of law, it shall deliver them to the trial court clerk, and when delivered, we **order** the trial court clerk to prepare a supplemental clerk's record containing the trial court's written findings and conclusions and file it in this court **on or before**

**fifteen days from the date the trial court completes its findings and conclusions**.  If the trial court decides to hold a hearing and make its findings of fact and conclusions of law on the record in open court, the court reporter is **ordered** to record them and to file a reporter's record of the hearing in this court **on or before fifteen days from the date of the hearing**.  After the findings of fact and conclusions of law are filed in this court, we will reinstate the matter and set a due date for the State's brief.

We further **order** the clerk of this court to serve a copy of this order upon the trial court, the trial court clerk, the court reporter, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court